**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**SOUTHERN DIVISION**

| | |
|---|---|
| **SHERMON OBY** | **PLAINTIFF** |
| **VERSUS** | **CIVIL ACTION NO. 1:26-cv-00055-RPM** |
| **A. BERWER, et al.** | **DEFENDANTS** |

**ORDER GRANTING MOTION [14] FOR JURY DEMAND, AMENDING DOCKET, AND REQUIRING PLAINTIFF TO RESPOND**

This matter is before the Court for consideration of multiple case-management issues. *First*, Plaintiff filed a Motion [14] for Jury Demand on August 4, 2026, "requesting a jury [trial] pursuant [to]" Federal Rule of Civil Procedure 38(b). Insofar as Plaintiff is proceeding pro se, that request will be granted. The Clerk of Court will be directed to amend the docket to reflect Plaintiff's jury demand.

*Second*, counsel for Defendants A. Berwer and L. Jackson filed a waiver on their behalf, indicating that their full names are "Abranda Brewer" and "Le'Byron Jackson," respectively. [19] at 1. The Clerk of Court will be directed to amend the docket to reflect their full and accurate names.

*Third*, counsel for Brewer and Jackson reports that "MDOC has no record of anyone matching the description of the defendant identified as 'Warden Unknown Burns' having been employed by MDOC." [19] at 1. Accordingly, counsel for Brewer and Jackson "cannot represent [Burns] . . . or provide a last known address." *Id*. It is Plaintiff's responsibility to prosecute this case, including providing addresses for all Defendants for service of process. *See Pugh v. Green*, No. 5:18-cv-00032-DCB-MTP, 2019 WL 2372618, at *2 (S.D. Miss. June 5, 2019) (dismissing a defendant who could not be served with process because the plaintiff failed to provide his address). Plaintiff shall either (1) provide a current address for Burns, or (2) if unsuccessful in obtaining this

information, explain why, or (3) voluntarily dismiss Burns as a Defendant.

**IT IS, THUS, ORDERED** that Plaintiff Shermon Oby's Motion [14] for Jury Demand is **GRANTED**. The Clerk of Court is directed to amend the docket to reflect Plaintiff's jury demand.

**IT IS, FURTHER, ORDERED** that the Clerk of Court shall amend the docket to replace "A. Berwer" with Abranda Brewer and "L. Jackson" with Le'Byron Jackson.

**IT IS, FURTHER, ORDERED** that Plaintiff shall file a written response consistent with this Order by **October 22, 2026**. His written response shall be filed with the Clerk of Court, 2012 15th Street, Suite 403, Gulfport, MS 39501. Plaintiff is warned that his failure to keep this Court informed of his current address or his failure to timely comply with any Order of this Court may result in the dismissal of this case.

**SO ORDERED,** this 8th day of October, 2026.

/s/ *Robert P. Myers, Jr.*
ROBERT P. MYERS, JR.
UNITED STATES MAGISTRATE JUDGE